## Attachment File to the Complaint for civil case

COMPLAINT for Civil Conspiracy, Deprivation of civil rights, Negligent Infliction of emotional Distress,
Outrage and tortious interference.
Comes now Plaintiff Michael T Kali representing himself for the mean time.

## 1. Parties:

1.1 Plaintiffs Michael Kali, Reside in Salem Oregon and resident of Marian County, Michael is a Master Structural Engineer graduated from University of Houston in 2001 and worked for the Major US Engineering firms, where the pay is the highest in the world, Michael Kali is a US citizen.

1.2 Defendants, Central Intelligence services (CIA) is one off the biggest intelligence agencies in united states, and it is located in different cities in the united states and it has it's headquarter in Washington, DC

## 2. Facts:

2.1 Kali worked as a Master structural engineer for the biggest and the most prestige structural firm in United stated, where the industry vary from refinery to nuclear  to commercial building, Michael Kali performance was above expectation, due to his Master degree from top Universities in Texas, with outstanding grades.

2.2 In January 2006, a team of intelligence services, later found to be members of the CIA, came to plaintiff's company, wood group Mustang, Company specialize in refinery and offshore design, while the Plaintiff's was working as structure Engineer.

2.3 However the CIA agents put a teams around plaintiff's office, and they started interviewing each individual in the engineering department, first was the idea was to protect American technology,  from being compromise by oversees government, so far no harm was done to the plaintiff's.

2.4 The agents starting playing psychological games, for whatever reason. The plaintiff became disturb and tired, after that the agents start talking to plaintiff's wife, and treating her, and all the people they interviewed, that they will be punished if they told him what is going on, and when plaintiff's wife, told him about some people involved in the action, she experienced a swell of the neck and hard breathing, since then she never told plaintiff's anything, and that led to divorce, the people she mentioned was one family member, and a new next door neighbor.

2.5 As the operation continued and the objectives became clear to the plaintiff's, in  In 2006 to 2007 the plaintiff's moved to a different company, CDI Engineering, located in Houston, Texas, and specialize, in refinery design, and manufacturing, same as Mustang, the same situation start repeating itself, with more aggressive attitude. That where they mention that the operation will continue 3 more weeks, that was 14-1/2 years ago, and the operation did not stop, Which it means after 3 weeks the agents involve will reveal their intention, and should be over,

The director of Engineering at CDI, Bob Varnado, met with the plaintiff's, and gave him a raise, and said that the industry, is in a need of engineers, with my background, and mentioned to the CIA lead that it is time to leave the company, But Bob was fired from his job and a new director of engineering took his place, his name was Jerry Helms, where he immediately terminate the plaintiff's employment.

2.6 In Jan 2008 the plaintiff immediately was offered a contract job at Chicago bridge & Iron (CBI) located, in Beaumont, Texas, to work on a multi-billion dollar project, on the Offshore of Brazil,

While waiting on the project to kick off, the plaintiff's start working on designing a refinery in Trinidad (an island of the shores of Venezuela) with great performance and admiration of the team lead, where many CIA agents, never too far, but much quieter than CDI Engineering The Big project from Brazil, was given to another company, and the plaintiff find himself out of Work again.

2.7 Soon after the plaintiff, was offer a job at a nuclear facility, at Hanford in Richland (Tri city) Washington late 2008, to work for the department of energy (DOE), a government agency. Again a high presence of the CIA, NSA and other government agency, the plaintiff did his work which meets the job requirements, at that location was high presence of federal agents, and the CIA, the Defendant form teams around the plaintiff's office, playing games talking loud and nothing related to engineering, while the plaintiff has to perform his duty with high accuracy. The plaintiff met the project manager one on one, where he was told that there is more than 1 million foot of pipe racks support to be designed, and that should continue for at least 10 years, and they are happy to have such a qualified employee on their team, while the plaintiff is very experienced in this kind of work, he did a very good job, while the CIA team about 4 guys and a girl kept their pressure with continuing psychological game, to see how the plaintiff will react to working under pressure, as they refer to that kind of games, after one year, despite the technical expertise and good performance, the plaintiff was dismissed from his work without any reason, even his direct supervisor was not informed.

2.8 After the plaintiff's termination of his work, he went back to the woodlands Texas, where he reside with his wife and his little girl.

He was immediately contacted, by the head of structural department of Halliburton, Brown & Root, Adel Tawfik, to work on an offshore project in South Korea. Halliburton, is one of the biggest and more advanced company in the world,

The same games, follow the plaintiff's, which made his life a living hell, and led to his termination from his job.

2.9 The Plaintiff and despite his advance degree and better performance than most engineers, has lost his hope of the possibility of working under normal conditions, and without the harassment of the CIA and other government agency. The plaintiff's decide to open a solar company, and he did very well, when the company grow he encounter same problems, where he lost his customers and trained employees to individuals assumed to be CIA.

2.10 Since 2012 the plaintiff worked as a structural engineer in the following companies, (Burn McDonalds in Saint Louis, Missouri), (Freeman and Curtis, in Houston Texas), (Polaris Engineering, in Lake Charles Louisiana), (floor Daniels, in Greenville, SC), (TRS Inc. in phoenix, Arizona). Almost all of the mentioned companies are in refineries and nuclear industries. Ending With the same results for the Plaintiff. Employment termination due to CIA and other government agencies involvement in the above companies.

2.11 In Jan 2017, the plaintiff came back to Hanford to work on the nuclear facilities in this huge project, The plaintiff's performance was outstanding, fixing and repairing many projects, also was involve in employee training, but again under unusual condition the plaintiff was ask to meet someone at Starbucks, where his high security badge was taken away.

2.12 In Dec 2017, the plaintiff get a job at BHS Eugene Oregon, where despite excellent performance his job got terminated, follow by termination of employment at C&I Eng. In Loui KY, and Valley Fab Corporation - Brooks, OR.


## 3. Violation of civil rights and unlawful retaliation:

3.1 Plaintiffs incorporate each of the allegations which are stated above in support of this cause of action.

3.2 Kali Exercise his right to work freely without the interference of the CIA agents.

3.3 Keli's right to due process and equal protection were violated by the CIA agents.

3.4 CIA agents unlawfully conspire against Kali by constructively spreading false rumors that, Resulted in personal problems and Keli's loss of his jobs.

3.5 Kali was damaged by the wrongful act of the defendant.


## 4. Negligent inflict of emotional distress

4.1 Plaintiff incorporate each of the allegations which are stated above in support of this cause of action.
4.2 The defendants CIA and its agents, engaged in the wrongful conduct described in this complaint.

4.3 The defendant breached various duties they owned to Kali.

4.4 The defendant negligently inflicted emotional distress on Kali in each of the actions described above,
Including but not limited to, failing to give Kali inform Kali the purpose of there actions.

4.5 Kali was damaged by the wrongful conduct of the defendant.

## 5. Negligence and negligence supervision

5.1 Plaintiff incorporate each of the allegations which are stated above in support of this cause of action.

5.2 The defendants did not follow CIA procedures, and acted in cruel and misleading behavior, when they engaged in the wrongful conduct described in this complaint.

5.3 The defendants breached the duties of ordinary intelligence agency, which their duties to protect the citizens of this country, and other duties owned to Kali, including but not limited to causing the termination to Kali's employments

5.4 Kali was damaged by the wrongful conduct of the defendant.

## 6. Outrage:

6.1 Plaintiff incorporate each of the allegations which are stated above in support of this cause of action.

6.2 Defendants acted in the scope of their employment when they engaged in the outrageous wrongful conduct described in this complaint.

6.3 Defendants should knew or have known that Kali has no prior military or intelligence experience, and there action will have devastating results on Kali and his family.

6.4 Defendants knew the serious nature of his action and the potentially devastating consequences that their conduct will have on Kali's professional career.

6.5 It is outrages that Defendants has dismissed all the fact that such action will have severe consequences on Kali's, state of mind and health, and his family.

6.6 The defendants intentionally inflicted emotional distress on Kali.

6.7 Kali was damaged by the wrongful conduct of the defendants.

## 7. Tortious interference

7.1 Plaintiffs incorporate each of the allegations which are stated above in support of this cause of action.

7.2 Defendants intentionally and wrongfully interfered with kali's relation with the structural department and his direct supervisor, and relation was terminated.

7.3 Kali was damaged by the wrongful conduct of the defendant.

## 8. Civil Conspiracy

8.1 Plaintiffs incorporate each of the allegations which are stated above in support of this cause of action.

8.2 Defendants conspire to violate the law and to damage Kali.

8.3 Kali was damaged by the wrongful conduct of the defendants.

## 9.0 Conclusion:

The agents of the CIA, and without the plaintiff's permission has violated his work place, by conducting a psychological mind games, which includes a loud talks, intimidating coughs, laughs and treats, around plaintiff's office, during plaintiff's working shift, the intimidation will follow the plaintiff after work, to his home and anywhere he goes.

The consequences are not only loss of work and money, it cause and for a short time, a severe mental situation, and health problems.

Another harassment cases including police officers, with their sirens at the plaintiff's residence, and with time it cause a severe anger issues and health problems.

The question is, why the plaintiff's always got jobs in the best companies in the world, the answer is that these companies looking for the best engineers, in the country.

Signed at (Salem, OR)          on (date) 07-22- 2020

Respectfully Submitted,   Michael T Kali

Signature